*In re* NELSON PAGÁN RODRÍGUEZ.

*Número:* 5880        *Resuelto:* 27 de octubre de 1988

*Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías.*

PER CURIAM: El 11 de febrero de 1988 emitimos la resolución siguiente:

Visto el informe del Director de Inspección de Notarías de 27 de enero de 1988,[1] se ordena al licenciado Nelson Pagán Rodríguez, que dentro del término de sesenta (60) días, con-

---

[1] En dicho informe, le señalaba al Lic. Nelson Pagán Rodríguez como deficiencia el que en la Escritura Núm. 1 de 1984 no firmó ni puso sus iniciales uno de los comparecientes.

tados a partir de la notificación de esta resolución, corrija la deficiencia señalada en dicho informe. Se le apercibe al licenciado Pagán Rodríguez que de no cumplir con esta resolución, podrá ser disciplinado.

El 28 de abril,[2] el 23 de junio y el 18 de agosto del año en curso, mediante resoluciones, el Tribunal *motu proprio* concedió términos adicionales para cumplir con nuestra Resolución de 11 de febrero de 1988. Todas estas resoluciones fueron debidamente notificadas.

El licenciado Pagán Rodríguez[3] no ha comparecido ante este Tribunal ni ha cumplido con el Informe del Director de la Oficina de Inspección de Notarías de 27 de enero de 1988. Resulta una conducta inexcusable e injustificada el que un abogado no cumpla ni conteste repetidas órdenes de este Tribunal.

En virtud de lo expuesto por la Regla 13(d)(4) de nuestro Reglamento, 4 L.P.R.A. Ap. I-A, se suspende al licenciado Pagán Rodríguez, provisionalmente, del ejercicio de la abogacía. El Tribunal considerará reinstalarlo una vez así lo solicite y acredite debidamente haber cumplido con lo que se le requiera en la mencionada resolución, ello sin perjuicio de las sanciones disciplinarias que fueren procedentes según se advierte en dicha resolución. *In re Martí Fajardo*, 113 D.P.R. 760 (1983); *In re Díaz García*, 104 D.P.R. 171 (1975).

*Se dictará sentencia de conformidad con lo antes expuesto.*

Los Jueces Asociados Señores Rebollo López y Hernández Denton no intervinieron.

---

[2] En esta resolución también se le requirió que cumpliera con lo señalado por el Director de la Oficina de Inspección de Notarías en su informe de 18 de abril de 1988: pago del costo de encuadernación de su protocolo de 1987.

[3] Relacionado con este mismo asunto, el 10 de diciembre de 1987, mediante resolución, suspendimos al licenciado Pagán Rodríguez del ejercicio de la notaría y ordenamos la incautación de su protocolo.